UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHELSEY THACKSTON,

    Plaintiff,

vs.

CASE NO.:

UNITED WHOLESALE MORTGAGE, LLC,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, Chelsey Thackston, an individual, sues Defendant, United Wholesale Mortgage, LLC, and alleges:

### GENERAL ALLEGATIONS

#### Allegations as to Jurisdiction

1. The jurisdiction of this Court is established pursuant to 12 U.S.C. §2614 of the Real Estate Settlement Procedures Act ("RESPA") and 28 U.S.C. §1367 for pendant claims.

#### Allegations as to Parties

2. At all times material hereto, Plaintiff Chelsey Thackston, was *sui juris* and a resident of Duval County, Florida.

3. At all times material hereto, Defendant, United Wholesale Mortgage, LLC, was doing business in Duval County, Florida.

4. At all times material hereto, Plaintiff was the legal and equitable owner of a single family residence located at 4564 Attleboro Street, Jacksonville, FL 32205, more particularly described as follows:

    Lot 255, Block 105, Replat of Part of Murray Hill Heights, a subdivision

1

according to the plat thereof recorded in Plat Book 5, Page 86 and 8A, of the Public Records of Duval County, Florida. *[See Deed]*

## Description of Loan Servicing Activities

5. On or about June 19, 2020, Plaintiff executed and delivered a mortgage in the principal face amount of Two Hundred Seventy Two Thousand one hundred eighteen dollars ($272,118.00) to Defendant.

6. Pursuant to paragraph 3 of the Mortgage, Chelsey Thackston was required to pay a monthly escrow payment amount to Defendant ("Escrow Payment Obligation").

7. Pursuant to the Mortgage, Defendant and Plaintiff agreed that Plaintiff would escrow ad valorem real estate taxes and homeowners insurance premiums into an escrow account ("Escrow Account") established by Defendant, its designated servicer.

8. Since the Mortgage, Ms. Thackston has transmitted all payments required under the Mortgage, including monies to be escrowed for, inter alia, insurance premiums, pursuant to the Mortgage.

9. Defendant failed to make payments from the Escrow Account for insurance in a timely manner when such payments became due. In particular, United Wholesale Mortgage, LLC, failed to pay the homeowners insurance to First Community Insurance Company that was due before June 19, 2021. *See Exhibit A.*

10. As a result of the failure of Defendant to timely make payments from the Escrow Account, the respective insurance coverages for the Plaintiff's residence lapsed for non-payment.

11. The insurance policy cancelled on September 16, 2021 due to non-payment by Defendant. *See Exhibit B.*

12. Due to Plaintiff's efforts, the insurance policy was finally reinstated on October 27th, 2021.

13. Defendant delayed **129 days** to pay Plaintiff's homeowner's insurance from escrow. Upon information and belief, if Plaintiff had not been so diligent in attempting to repeatedly call and escalate this matter, Defendant would have never bothered to resinstate Plaintiff's homeowner's insurance.

## COUNT I – ACTION FOR VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT, 12 U.S.C.§2601, ET SEQUI.

14. This is an action for damages pursuant to 12 U.S.C. §2601, *et sequi*, known more commonly as the "Real Estate Settlement Procedures Act" ("RESPA").

15. The Plaintiff realleges and reaffirm the allegations contained in Paragraphs 1 through 11 above as if set forth hereat in full.

16. At all times material hereto, the Mortgage involved a "federally regulated mortgage loan: as said term is defined under 12 U.S.C.§2602(1).

17. At all times material hereto, Defendant was a "servicer" as said term is defined under 12 U.S.C.§2605(i)(2).

18. Pursuant to 12 U.S.C.§2605(g), if the terms of any federally regulated mortgage loan require the borrower to make payments to the servicer of the loan for deposit into an escrow account of the purpose of ensuring payment of taxes, insurance premiums, and other charges with respect to the property, the servicer shall make payments from the escrow for such taxes, insurance, and other charges in a timely manner as such payments become due.

19. As a direct and proximate result of the failure of Defendant to make payment from the Escrow Account for insurance in a timely manner as such payment became due, United Wholesale Mortgage has violated the provisions of RESPA and Regulation X, 24 C.F.R. §35021(g).

20. As a direct and proximate result of the violation of RESPA by Defendant, Plaintiff has been damaged. The damages of the Plaintiff include all economic and non-economic injury that resulted from the violation of RESPA by United Wholesale Mortgage, including but not necessarily limited to the following:

    A. The cost of increased insurance premiums, including a so-called "no insurance surcharge," as a result of the lapse of coverage on the Thackston residence;

    B. Reduction in insurance benefits as a result of the inability of Ms. Thackston to obtain similar coverage in the current insurance market;

    C. The loss of time expended by Ms. Thackston in locating and securing replacement insurance coverage; and

    D. Mental pain and suffering, mental anguish, aggravation, inconvenience, and humiliation.

21. By information and belief, the failure to timely pay escrow obligations when same become due is part of a practice or pattern of noncompliance under RESPA by United Wholesale Mortgage, LLC.

22. As a direct and proximate result of the violation of RESPA by United Wholesale Mortgage, LLC, Ms. Thackston is entitled to recover an amount equal to the sum of actual damages sustained by Ms. Thackston, pursuant to 12 U.S.C. §2605(f)(1).

23. Ms. Thackston is entitled to recover her reasonable attorney's fees and court costs for the filing of the instant action pursuant to 12 U.S.C.§2605(f)(3).

24. Ms. Thackston has retained the undersigned law office to represent her interest herein and is obligated to pay said counsel a reasonable fee for its services.

WHEREFORE, Plaintiff, Ms. Thackston, an individual, demands judgment against Defendant, United Wholesale Mortgage, LLC, for damages, together with interest, costs and attorney's fees pursuant to 12 U.S.C.§2605.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

- for an award of actual damages pursuant to 12 U.S.C. §2605(f)(1) against Defendant and for Plaintiff;
- for an award of costs of litigation and reasonable attorney's fees pursuant to 12 U.S.C.§2605 against Defendant and for Plaintiff; and
- for such other relief as this Court deems just and proper.

## TRIAL BY JURY

Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

## NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendant and demands that Defendant and its affiliates safeguard all relevant evidence – paper, audio recordings, electronic documents, or data – pertaining to this litigation as required by law.

Dated this 23rd day of February, 2022.

**STORY GRIFFIN**
**Attorneys at Law**

/s/ Max Story
MAX STORY, ESQ.
Florida Bar No.: 527238

5

Austin J. Griffin, Esq.
Florida Bar. No.: 117740
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone: (904) 372-4109
max@storylawgroup.com
austin@storylawgroup.com
Attorneys for Plaintiff

6

**First Community Insurance Company**
11101 Roosevelt Blvd N, St. Petersburg, FL 33716
All Inquiries call 800-627-0000

BHO 99.002 0718 0119
6793028
6/25/20

**BANKERS INSURANCE GROUP**

3000 00000 PHO  HO3  NEW BUSINESS       **DECLARATIONS PAGE**
Pristine Homeowners Form - HO3
Effective: 6/19/20        Date of Issue
                          6/25/20

| Policy Number | | | | |
|---|---|---|---|---|
| 09 0016032502 9 00 | Page 1 of 3 | | | |

| Policy Period | Term | Inception Date | Agent | Agent's Phone |
|---|---|---|---|---|
| From: 6/19/20 To: 6/19/21  12:01 am Local Time | 12 mos | 6/19/20  12:01am | 00 0100527 | (888) 254-5014 |

Agent (888) 254-5014
BRIGHTWAY INSURANCE
CORPORATE OFFICE
PO BOX 5700
JACKSONVILLE FL 32247

CHELSEY THACKSTON
4654 ATTLEBORO ST
JACKSONVILLE FL 32205-5039

Location of Residence Premises (if other than above):
4654 ATTLEBORO ST, JACKSONVILLE FL 32205-5039

| Coverages: | Limits of Liability: | Premium: |
|---|---|---|

**SECTION I PROPERTY**
 A  Dwelling                         $250,000
 B  Other Structures                 $2,500
 C  Personal Property                $125,000
 D  Loss of Use                      $25,000
**SECTION II LIABILITY**
 E  Personal Liability               $300,000 Per Occurrence
 F  Medical Payments to Others       $3,000 Per Person

DEDUCTIBLES:
**Deductible applied to Hurricane: $ 1000**
Deductible applied to all other perils: $1,000

Any change in policy limit would increase/decrease deductible, if it is based on percentages.
(Except if noted otherwise in the Policy, an Endorsement or elsewhere in this form)
                                                    TOTAL PREMIUM    $606.00

FEES:
Emergency Management Preparedness and Assistance Trust Fund Fee:    $2.00
Managing General Agency Fee:                                        $25.00

                                                    TOTAL FEES       $27.00
Premium and Fees are rounded to the nearest whole dollar   GRAND TOTAL:   $633.00

Special Notice Provisions: (continued on page 2)

**Please see the reverse side of this document for additional important information.**

| Occupancy | BCEGS | Prot. Class | Terr. | Construction Class | Year Built | Bill to at Renewal: |
|---|---|---|---|---|---|---|
| Primary | 04 | 01 | 087 | Frame | 2017 | Mortgagee |

          Deborah S Brcka                   St. Petersburg, Florida   Date: 6/25/20
Countersigned by Authorized Representative

cc: As indicated on the back of last page

  BHO 99.002 0718

Insured

EXHIBIT __B__

**BANKERS**
INSURANCE GROUP

GXXX99.013 0905 0818
6793028
9/01/21

Policy Number
09 0016032502 9 01
3000 00000 PHO   HO3
Pristine Homeowners

First Community Insurance Company

Page  1 of  2

Date of Notice
9/01/21

Agent Code: 0100527
Agent (888)254-5014
BRIGHTWAY INSURANCE INC
CORPORATE OFFICE
PO BOX 5700
JACKSONVILLE FL 32247

CHELSEY THACKSTON
4654 ATTLEBORO ST
JACKSONVILLE FL 32205-5039

## Notice of Cancellation
### Nonpayment of Premium

Dear Insured,

You were notified of an unpaid premium on your insurance policy and the date that premium was due. At this time, we have not received your payment and we are canceling your policy for nonpayment of premium as of the date and time shown below.

To reinstate your coverage, the past due premium **AND** any installments due prior to the cancellation date. Please use the payment coupon on the back of this notice when making these payments. If you have received a previous cancellation notice, the cancellation of your coverage is effective on the earlier of the two dates.

| Cancellation Date & Time | Past Due Premium | Next Installment | Total Due |
|---|---|---|---|
| 9/16/21 12:01 am Standard Time | $237.00 | $.00 | $237.00 |

***Free "Online Bill Pay" now available at www.bankersinsurance.com***

If you have any questions, please do not hesitate to call us at: 800-627-0000.

To Mortgagee/Lienholder:
You are hereby notified that the agreement under the Mortgage/Loss Payable Clause payable to you as Mortgagee/Lienholder, which is a part of the above policy, issued to the above insured, is hereby cancelled (or terminated). In accordance with the conditions of the policy, said cancellation (or termination) is to be effective on and after the hour and date indicated above

PO BOX 33002
ST PETERSBURG, FL 33733-8002

